In the Matter of the Petition of CYRUS W. SWAN ét al.

(Argued October 5, 1886; decided October 29, 1886.)

*John T. Murray* for appellants.

*A. K. Potter* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

ROSE F. LANGLOIS, as Administratrix, etc., Respondent, *v.* THE PRESIDENT, MANAGERS AND DIRECTORS OF THE DELAWARE AND HUDSON CANAL COMPANY, Appellant.

MARY J. DEWEY, as Administratrix, etc., Respondent, *v.* Same, Appellant.

(Argued October 14, 1886; decided October 29, 1886.)

*Edwin Young* for appellant.

*E. Countryman* for respondents.

Agree to affirm; no opinion.
All concur, except MILLER, J., not voting.
Judgments affirmed.